JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ruben Paul Gonzales,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MetroPCS, et al.,<br><br>　　　　Defendants. | SACV 18-01626 JVS(KESx)<br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>December 12, 2018</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on or before December 28, 2018 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 3, 2019

_____
James V. Selna
United States District Judge